**Order filed October 11, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00812-CV
_____

### SSV PROPERTIES C/O TARA PROPERTIES, Appellant

### V.

### WENDELL  KING, Appellee

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1113771**

---

## O R D E R

The notice of appeal in this case was filed September 13, 2018. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court by **October 21, 2018.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee, the appeal will be dismissed.

PER CURIAM